**Order entered August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01046-CV

### IN RE EDUARDO TORRES-MEDINA, Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-54782-2012**

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests that real

party in interest and respondent file their responses, if any, on or before August 25, 2014.

/s/    DAVID EVANS
        JUSTICE